# United States Court of Appeals
### For the Eighth Circuit
_____

No. 23-3187
_____

United States of America

*Plaintiff - Appellee*

v.

Salvador Manjarrez Murillo

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Southern District of Iowa - Eastern
_____

Submitted: April 24, 2024
Filed: April 29, 2024
[Unpublished]
_____

Before BENTON, GRASZ, and STRAS, Circuit Judges.
_____

PER CURIAM.

Salvador Manjarrez Murillo appeals the below-Guidelines-range sentence the district court[1] imposed after he pled guilty to drug offenses. Counsel has moved for leave to withdraw and filed a brief under *Anders v. California*, 386 U.S. 738 (1967),

_____

[1]The Honorable Rebecca Goodgame Ebinger, United States District Judge for the Southern District of Iowa.

arguing that the sentence is substantively unreasonable because the district court gave insufficient weight to Murillo's mitigating history and characteristics. Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

The district court did not impose a substantively unreasonable sentence. *See United States v. Lozoya*, 623 F.3d 624, 625 (8th Cir. 2010) (standard of review). There is no indication that the district court failed to consider a relevant factor, gave significant weight to an improper or irrelevant factor, or committed a clear error of judgment in weighing the relevant factors. *See United States v. Feemster*, 572 F.3d 455, 461-62 (8th Cir. 2009) (en banc) (considerations for reasonableness of sentence); *United States v. Torres-Ojeda*, 829 F.3d 1027, 1030 (8th Cir. 2016) (where defendant was sentenced below Guidelines range, it is nearly inconceivable that district court abused its discretion in not varying downward still further).

The court has independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), and finds no nonfrivolous issues for appeal.

The judgment is affirmed. Counsel's motion to withdraw is granted.

_____